```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 24138
   RICHARD PHILIP RUBINSTEIN
   MYNA LILLIAN RUBINSTEIN                    CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2599      SSN XXX-XX-5096

-------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 09/11/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 11/13/2008.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
BANK OF AMERICA NA        CURRENT MORTG       .00           .00           .00
TAYLOR BEAN & WHITAKE     CURRENT MORTG       .00           .00           .00
SAM BUCHBINDER            SECURED             .00           .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED          .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED          .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED          .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED          .00           .00
COLLECT AMERICA           UNSECURED       11022.77          .00           .00
ROUNDUP FUNDING LLC       UNSECURED        2120.39          .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED          .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED          .00           .00
CAPITAL ONE               UNSECURED      NOT FILED          .00           .00
CAPITAL ONE               UNSECURED      NOT FILED          .00           .00
COLLECT AMERICA           UNSECURED       10803.47          .00           .00
ROUNDUP FUNDING LLC       UNSECURED       23752.95          .00           .00
CHASE MANHATTAN           UNSECURED      NOT FILED          .00           .00
CHASE MANHATTAN           UNSECURED      NOT FILED          .00           .00
CITIBANK                  UNSECURED      NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED      NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED        3175.36          .00           .00
ROYAL BANK OF SCOTLAND    UNSECURED      NOT FILED          .00           .00
ROYAL BANK OF SCOTLAND    UNSECURED      NOT FILED          .00           .00
SUNTRUST                  UNSECURED      NOT FILED          .00           .00
RICHARD N GOLDING         DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                     2,000.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   2,000.00

PRIORITY                                        .00
SECURED                                         .00
```

                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 24138 RICHARD PHILIP RUBINSTEIN & MYNA LILLIAN RUBINSTEIN

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                     2,000.00
                                          ---------------   ---------------
TOTALS                                           2,000.00          2,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE